No. 92–8922.  HILL v. ZANT, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 93–29.  APPLEBY ET AL. v. SEPULVEDA.  C. A. 9th Cir.  Certiorari denied.

No. 93–66.  HAMEL v. PRESIDENT'S COMMISSION ON EXECUTIVE EXCHANGE.  C. A. Fed. Cir.  Certiorari denied.

No. 93–122.  DANO RESOURCE RECOVERY, INC. v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 93–130.  MEYER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–172.  GLOBE INTERNATIONAL, INC. v. PEOPLES BANK & TRUST COMPANY OF MOUNTAIN HOME, CONSERVATOR OF ESTATE OF MITCHELL.  C. A. 8th Cir.  Certiorari denied.

No. 93–242.  SCHMUCK v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 93–295.  SAY & SAY ET AL. v. LOS ANGELES COUNTY SUPERIOR COURT ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–297.  METCALF v. FELEC SERVICES ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 93–298.  CARR v. AXELROD, COMMISSIONER OF HEALTH OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–301.  PERRY ET AL. v. PERKINS, EXECUTOR OF THE ESTATE OF COBB, ET AL.  Sup. Ct. Ky.  Certiorari denied.

No. 93–302.  PAYLESS WHOLESALE DISTRIBUTOR, INC., ET AL. v. ALBERTO CULVER (P. R.) INC. ET AL.  C. A. 1st Cir.  Certiorari denied.